No. 04–8297. OLIVEIRA v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 04–8302. AHMED v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 04–8317. CONKLIN v. SCHOFIELD, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 04–8330. HIRACHETA v. LOCKYER, ATTORNEY GENERAL OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–8331. FLEMING v. CITY OF DETROIT, MICHIGAN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–8340. TURAY v. WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 04–8341. VERA v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 04–8342. THOMAS v. TEXAS. Ct. App. Tex., 12th Dist. Certiorari denied.

No. 04–8343. VALDIVIA v. OROSCO ET AL. C. A. 10th Cir. Certiorari denied.

No. 04–8344. TURNER v. RUNNELS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–8345. WILKIN v. KEMNA, SUPERINTENDENT, CROSS-ROADS CORRECTIONAL FACILITY, ET AL. C. A. 8th Cir. Certiorari denied.

No. 04–8346. TILLMAN v. SCHOFIELD, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 04–8349. WILSON v. SUPERIOR COURT OF CALIFORNIA, PIMA COUNTY, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–8353. PARKER v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.